**LAURA ROBINSON**
Law Office of Laura Robinson
6114 LaSalle Avenue, #216
Oakland, CA  94611
(510) 384-8563
Fax (610) 673-4825
Lsrobinson@juno.com

September 13, 2007

RE:  Levi Enriquez – 07-00488

Magistrate Brazil
U.S. District Court
Northern District of California
Courtroom 4, 3rd Floor
1301 Clay Street
Oakland, CA  94612

To Magistrate Brazil:

    I am writing this letter pursuant to the request from pre-trial services for an order that my client, Levi Enriquez, be placed into a residential treatment program.  Mr. Enriquez has no objection to this request and proposed order.


Very truly yours,
/s/
Laura Robinson