~~PROPOSED~~ ORDER/COVER SHEET

**FILED**
SEP 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TO: Honorable Wayne D. Brazil
U.S. Magistrate Judge

RE: Levi ENRIQUEZ

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR07-00488 CW-5

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson
U.S. Pretrial Services Officer Specialist

510-637-3752
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____ .

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ **Modification(s)**

**A. The defendant shall participate in residential drug treatment at the direction of Pretrial Services.**

**B.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_Wayne D. Brazil_    9-14-07
JUDICIAL OFFICER        DATE

Cover Sheet (12/03/02)

cc: WDB's Stats, Copy to parties via ECF, Pretrial, Financial, Sheilah

**To:** Honorable Wayne D. Brazil
U.S. Magistrate Judge

**From:** Victoria Gibson
U.S. Pretrial Services Officer Specialist

**Subject:** Levi ENRIQUEZ
CR07-00488 CW-5

**Date:** September 11, 2007



# MEMORANDUM

Your Honor,

The above-referenced defendant initially appeared before Your Honor on September 7, 2007, charged in an Indictment with a violation of Title 18, United States Code, Section 1028(f) - Conspiracy to Unlawfully Transfer or Use a Means of Identification of Another. He was ordered released on that date on a $50,000 unsecured bond, with Pretrial Services supervision, and other special conditions.

The defendant was interviewed by Pretrial Services this morning. During the interview, he disclosed a history of methamphetamine use, beginning at the age of eleven. Mr. Enriquez advised that he first tried methamphetamine at the age of eleven, and then used sporadically over the years (he is now twenty-six years of age). Between 2002 and approximately one month ago, he reportedly used the drug regularly. The defendant indicated that his last use of methamphetamine was approximately one month ago.

Mr. Enriquez related that he is quite open to the idea of residential drug treatment. He stated that this seems like a good time in his life to address his substance abuse issue. He has a nine month old son and related that this is part of his motivation to obtain treatment and maintain sobriety. Although the defendant's post-bail investigation and report have yet to be completed, Pretrial Services would like to facilitate his screening and placement at New Bridge Foundation as soon as possible. It should be noted that one of the co-defendants in this case is also participating in treatment at New Bridge Foundation. Pretrial Services contacted Assistant U.S. Attorney Keslie Stewart, who asked that we contact the case agent, Shad Matcheny. Mr. Matcheny advised that he believed the defendant would be likely to abide by a condition to refrain from discussing the case with the co-defendant outside the presence of counsel.

**RECOMMENDATION:** In light of the above information, Pretrial Services respectfully recommends that the defendant's bond be modified to include a condition that he participate in residential drug treatment.

This memorandum is presented for Your Honor's information and consideration.

MEMORANDUM FOR THE HONORABLE WAYNE D. BRAZIL
U.S. MAGISTRATE JUDGE
RE: LEVI ENRIQUEZ          DOCKET: CR07-00488 CW-5
PAGE 2

Respectfully submitted,

VICTORIA GIBSON, U.S.
Pretrial Services Officer Specialist

Reviewed by:

SILVIO LUGO, Supervising
U.S. Pretrial Services Officer

cc:   AUSA Keslie Stewart
      Defense Counsel Laura Robinson