1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant JOHNSON
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )     No. CR-07-00488 CW
                                      )
12           Plaintiff,               )     **STIPULATION AND [PROPOSED]**
                                      )     **ORDER CONTINUING STATUS**
13 vs.                                )     **HEARING**
                                      )
14 ANDRE MATTHEWS, et al.             )     Hearing Date: November 8, 2007
                                      )     Requested Date: January 8, 2008
15           Defendant.               )
   _____)
16

17

18         It is hereby stipulated that the STATUS hearing date of November 28, 2007 be continued

19 to January 8, 2008 at 2:00 p.m.   In addition, the parties stipulate and agree that time should be

20 excluded between November 28, 2007 until January 8, 2008 due to the ongoing investigation by

21 defense counsel.  Two new defense counsel have very recently joined this case.  It appears that

22 all defendants are now present, but the new counsel have had very little time to review the

23 discovery.  Approximately 4000 pages of discovery have been produced to defense counsel in

24 electronic form.  This electronic discovery has been converted to OCR searchable form by

25 defense counsel and distributed to all defense counsel.  Seven CD-ROM's of discovery recently

26 received have not been reviewed.  Calculation of loss value exposure will be a complicated

   Stip to Continue, 07-00488 CW                    1

1  process in this case and is ongoing.  The parties understand the court's preference for setting of

2  motions by stipulation; however, the parties are not in a position to assess the time needed for

3  discovery review or motions preparation.  If possible, the parties will propose a motions schedule

4  by stipulation prior to the requested next appearance.

5       The parties agree that the ends of justice served by the continuance requested herein

6  outweigh the best interest of the public and the defendant in a speedy trial because the failure to

7  grant the continuance would deny the counsel for the defendant the reasonable time necessary for

8  effective preparation, taking into account the exercise of due diligence.  Time should therefore be

9  excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

10

11  11-26-07                                                        /s/
    Date                                              John Paul Reichmuth
12                                                    Assistant Federal Public Defenders
                                                      Counsel for defendant Johnson
13

14
    11-26-07                                                        /s/
15  Date                                              Richard Tamor
                                                      Counsel for defendant Bacon
16

17  11-26-07                                                        /s/
    Date                                              Garrick Lew
18                                                    Counsel for defendant Alexander

19  11-26-07                                             /s/
    Date                                              Gail Shifman
20                                                    Counsel for defendant Kautzman

21
    11-26-07                                                        /s/
22  Date                                              John Hemann
                                                      Counsel for defendant Matthews
23
    11-26-07                                                        /s/
24
    Date                                              Laura Robinson
25                                                    Counsel for defendant Enriquez

26

Stip to Continue, 07-00488 CW                        2

1    11-26-07                                    /s/
     Date                                    Mark Goldrosen
2                                            Counsel for defendant Reyes

3
     11-26-07                                    /s/
4    Date                                    Seth Chazin
                                             Counsel for defendant Williams
5

6    11-26-07                                    /s/
     Date                                    Ismail Ramsey
7                                            Counsel for defendant Arnold

8    11-26-07                                    /s/
     Date                                    Diana Weiss
9                                            Counsel for defendant Green

10

11   11-26-07                                    /s/
     Date                                    H.H. "Shashi" Kewalramani
12                                           Assistant United States Attorney

13

          I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
14   within this efiled document.                    /S/ John Paul Reichmuth
                                             Counsel for Defendant Alicia Johnson
15

16

17                                    **ORDER**
          Based on the reasons provided in the stipulation of the parties above, the Court hereby
18
     finds that the ends of justice served by the continuance requested herein outweigh the best
19
     interest of the public and the defendant in a speedy trial because the failure to grant the
20
     continuance would deny the counsel for the defendant the reasonable time necessary for effective
21
     preparation, taking into account the exercise of due diligence.  The Court makes this finding
22
     because the parties continue to investigate the new discovery, which is voluminous.
23

24

25

26

1    Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of

2  November 28, 2007 at 2:00 p.m. be continued to January 8, 2008 and that time be excluded from

3  November 28, 2007 to January 8, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

4    IT IS SO ORDERED.

5

6

7
_____          _____
Date                                 Hon. Claudia Wilken
8                                      United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26