BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-07-00488 CW |
| ) | |
| Plaintiff, ) | **AMENDED STIPULATION AND** |
| ) | **ORDER CONTINUING STATUS** |
| vs. ) | **HEARING** |
| ) | |
| ANDRE MATTHEWS, et al. ) | Hearing Date: November 28, 2007 |
| ) | Requested Date: January 9, 2008 |
| Defendant. ) | |
| _____) | |

It is hereby stipulated that the STATUS hearing date of November 28, 2007 be continued to January 9, 2008 at 2:00 p.m. In addition, the parties stipulate and agree that time should be excluded between November 28, 2007 until January 9, 2008 due to the ongoing investigation by defense counsel. Two new defense counsel have very recently joined this case. It appears that all defendants are now present, but the new counsel have had very little time to review the discovery. Approximately 4000 pages of discovery have been produced to defense counsel in electronic form. This electronic discovery has been converted to OCR searchable form by defense counsel and distributed to all defense counsel. Seven CD-ROM's of discovery recently received have not been reviewed. Calculation of loss value exposure will be a complicated

process in this case and is ongoing. The parties understand the court's preference for setting of motions by stipulation; however, the parties are not in a position to assess the time needed for discovery review or motions preparation. If possible, the parties will propose a motions schedule by stipulation prior to the requested next appearance.

The parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Time should therefore be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

| | |
|---|---|
| 11-27-07<br>Date | /s/<br>John Paul Reichmuth<br>Assistant Federal Public Defenders<br>Counsel for defendant Johnson |
| 11-27-07<br>Date | /s/<br>Richard Tamor<br>Counsel for defendant Bacon |
| 11-27-07<br>Date | /s/<br>Garrick Lew<br>Counsel for defendant Alexander |
| 11-27-07<br>Date | /s/<br>Gail Shifman<br>Counsel for defendant Kautzman |
| 11-27-07<br>Date | /s/<br>John Hemann<br>Counsel for defendant Matthews |
| 11-27-07<br>Date | /s/<br>Laura Robinson<br>Counsel for defendant Enriquez |

| | | |
|---|---|---|
| 11-27-07 | | /s/ |
| Date | | Mark Goldrosen |
| | | Counsel for defendant Reyes |

| | | |
|---|---|---|
| 11-27-07 | | /s/ |
| Date | | Seth Chazin |
| | | Counsel for defendant Williams |

| | | |
|---|---|---|
| 11-27-07 | | /s/ |
| Date | | Ismail Ramsey |
| | | Counsel for defendant Arnold |

| | | |
|---|---|---|
| 11-27-07 | | /s/ |
| Date | | Diana Weiss |
| | | Counsel for defendant Green |

| | | |
|---|---|---|
| 11-27-07 | | /s/ |
| Date | | H.H. "Shashi" Kewalramani |
| | | Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.     /S/ John Paul Reichmuth
Counsel for Defendant Alicia Johnson

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court makes this finding because the parties continue to investigate the new discovery, which is voluminous.

1      Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of

2 November 28, 2007 at 2:00 p.m. be continued to January 9, 2008 and that time be excluded from

3 November 28, 2007 to January 9, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

4      IT IS SO ORDERED.

6    11/27/07                                           /s/ Claudia Wilken

7 Date

8                                                      Hon. Claudia Wilken
                                                           United States District Judge