1   BARRY J. PORTMAN
    Federal Public Defender
2   JOHN PAUL REICHMUTH
    Assistant Federal Public Defender
3   555 - 12th Street
    Suite 650
4   Oakland, CA 94607-3627
    Telephone:  (510) 637-3500
5
    Counsel for Defendant JOHNSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    No. CR-07-00488 CW
                                     )
12              Plaintiff,           )    **STIPULATION AND [PROPOSED]**
                                     )    **ORDER CONTINUING STATUS**
13  vs.                              )    **HEARING**
                                     )
14  ANDRE MATTHEWS, et al.           )    Hearing Dates: March 12 & 19, 2008
                                     )    Requested Date: April 9, 2008
15              Defendant.           )
    _____)
16

17

18          It is hereby stipulated that the STATUS/CHANGE OF PLEA hearing date of March 12,

19  2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00

20  p.m. for CHANGES OF PLEA OR MOTIONS.  In addition, the parties stipulate and agree that

21  time should be excluded between March 12, 2008 and April 9, 2008 due to the ongoing

22  investigation by defense counsel.  Two new discs of electronic discovery have been produced by

23  the government within the week of March 3, 2008, and defense counsel need time to review this

24  material.  Approximately 4000 pages of discovery have been previously been produced to

25  defense counsel in electronic form.  This electronic discovery has been converted to OCR

26  searchable form by defense counsel and distributed to all defense counsel.

1    The parties agree that the ends of justice served by the continuance requested herein

2  outweigh the best interest of the public and the defendants in a speedy trial because the failure to

3  grant the continuance would deny the counsel for the defendant the reasonable time necessary for

4  effective preparation, taking into account the exercise of due diligence.  Time should therefore be

5  excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

6

7  03-07-08 _____    _____/s/_____
   Date                    John Paul Reichmuth
8                          Assistant Federal Public Defenders
                           Counsel for defendant Johnson
9

10 03-07-08 _____    _____/s/_____
   Date                    Richard Tamor
11                         Counsel for defendant Bacon

12

13 03-07-08 _____    _____/s/_____
   Date                    Garrick Lew
14                         Counsel for defendant Alexander

15 03-07-08 _____    /s/_____
   Date                    Gail Shifman
16                         Counsel for defendant Kautzman

17

18 03-07-08 _____    _____/s/_____
   Date                    John Hemann
19                         Counsel for defendant Matthews

   03-07-08 _____    _____/s/_____
20
   Date                    Laura Robinson
21                         Counsel for defendant Enriquez

22

23 03-07-08 _____    _____/s/_____
   Date                    Mark Goldrosen
24                         Counsel for defendant Reyes

25 03-07-08 _____    _____/s/_____
   Date                    Seth Chazin
26                         Counsel for defendant Williams

Stip to Continue, 07-00488 CW              2

1

2
__03-07-08__ _____                  _____/s/_____
Date                                             Ismail Ramsey
                                                 Counsel for defendant Arnold

3

4
__03-07-08__ _____                  _____/s/_____
Date                                             Diana Weiss
                                                 Counsel for defendant Green

5

6

7
__03-07-08__                                     _____/s/_____
Date                                             Keslie Stewart
                                                 Assistant United States Attorney

8

9
    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)

10
within this efiled document.                     __/S/ John Paul Reichmuth__
_____                                           Counsel for Defendant Alicia Johnson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court makes this finding because the parties continue to investigate the new discovery, which is voluminous.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS/CHANGE OF PLEA hearing date of March 12, 2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00 p.m. for CHANGES OF PLEA OR MOTIONS and that time be excluded from November 28, 2007 to January 9, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

_____          _____
Date                             Hon. Claudia Wilken
                                 United States District Judge