1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant JOHNSON
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )   No. CR-07-00488 CW
                                         )
12              Plaintiff,               )   **STIPULATION AND ORDER**
                                         )   **CONTINUING STATUS HEARING**
13  vs.                                  )
                                         )   Hearing Dates: March 12 & 19, 2008
14  ANDRE MATTHEWS, et al.                )   Requested Date: April 9, 2008
                                         )
15              Defendant.               )
    _____)
16

17
        It is hereby stipulated that the STATUS/CHANGE OF PLEA hearing date of March 12,
18
   2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00
19
   p.m. for CHANGES OF PLEA OR MOTIONS. In addition, the parties stipulate and agree that
20
   time should be excluded between March 12, 2008 and April 9, 2008 due to the ongoing
21
   investigation by defense counsel. Two new discs of electronic discovery have been produced by
22
   the government within the week of March 3, 2008, and defense counsel need time to review this
23
   material. Approximately 4000 pages of discovery have been previously been produced to
24
   defense counsel in electronic form. This electronic discovery has been converted to OCR
25
   searchable form by defense counsel and distributed to all defense counsel.
26

Stip to Continue, 07-00488 CW                   1

1   The parties agree that the ends of justice served by the continuance requested herein
2   outweigh the best interest of the public and the defendants in a speedy trial because the failure to
3   grant the continuance would deny the counsel for the defendant the reasonable time necessary
4   for effective preparation, taking into account the exercise of due diligence.  Time should
5   therefore be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

6

7   03-07-08                                             /s/
    Date                                                 John Paul Reichmuth
8                                                        Assistant Federal Public Defenders
                                                         Counsel for defendant Johnson
9

10
    03-07-08                                             /s/
11  Date                                                 Richard Tamor
                                                         Counsel for defendant Bacon
12

13  03-07-08                                             /s/
    Date                                                 Garrick Lew
14                                                       Counsel for defendant Alexander

15  03-07-08                                             /s/
    Date                                                 Gail Shifman
16                                                       Counsel for defendant Kautzman

17
    03-07-08                                             /s/
18  Date                                                 John Hemann
                                                         Counsel for defendant Matthews
19
    03-07-08                                             /s/
20
    Date                                                 Laura Robinson
21                                                       Counsel for defendant Enriquez

22
    03-07-08                                             /s/
23  Date                                                 Mark Goldrosen
                                                         Counsel for defendant Reyes
24

25  03-07-08                                             /s/
    Date                                                 Seth Chazin
26                                                       Counsel for defendant Williams


Stip to Continue, 07-00488 CW                  2

| | | |
|---|---|---|
| 1 | | |
| 2 | 03-07-08<br>Date | /s/<br>Ismail Ramsey<br>Counsel for defendant Arnold |
| 3 | | |
| 4 | 03-07-08<br>Date | /s/<br>Diana Weiss<br>Counsel for defendant Green |
| 5 | | |
| 6 | | |
| 7 | 03-07-08<br>Date | /s/<br>Keslie Stewart<br>Assistant United States Attorney |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.     /S/ John Paul Reichmuth
Counsel for Defendant Alicia Johnson

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to grant the continuance would deny the counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court makes this finding because the parties continue to investigate the new discovery, which is voluminous.

Based on these findings, IT IS HEREBY ORDERED THAT the STATUS/CHANGE OF PLEA hearing date of March 12, 2008 and the MOTIONS hearing date of March 19, 2008 be continued to April 9, 2008 at 2:00 p.m. for CHANGES OF PLEA OR MOTIONS and that time be excluded from March 12, 2008, to April 9, 2008, pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

3/11/08                                              *Claudia Wilken* (signature)

Date                                                 Hon. Claudia Wilken
                                                     United States District Judge