AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
☒ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

18 U.S.C. § 1028(a)(6) - Knowing Possession of Stolen Identification Documents and Authentication Features

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Maximum prison sentence: 1 year; Maximum fine: $100,000; Maximum supervised release term: 1 year; Mandatory special assessment $25.

---- DEFENDANT - U.S ----
▶ LEVI ENRIQUEZ

DISTRICT COURT NUMBER
CR 07-0488 CW

FILED
APR -9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
U.S. POSTAL INSPECTION SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    KESLIE STEWART, AUSA

---- DEFENDANT ----

IS NOT IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution
  Santa Rita Jail

Has detainer been filed?  ☐ Yes   If "Yes" give date filed _____
                          ☐ No

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

Comments:

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

FILED
2008 APR -9 AM 10: 09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LEVI ENRIQUEZ, <br><br> Defendant. | No. CR 07-0488 CW <br><br> VIOLATION: <br> 18 U.S.C. § 1028(a)(6) – Knowing Possession of Stolen Identification Documents and Authentication Features <br><br> OAKLAND VENUE |

## SUPERSEDING INFORMATION

The United States Attorney charges:

In or about February 2007, in the Northern District of California, the defendant,

LEVI ENRIQUEZ,

did knowingly possess stolen identification documents and authentication features of the United States, namely stolen social security numbers, knowing that they were stolen, in violation of Title 18, United States Code, Section 1028(a)(6).

DATED: April 8, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Office

INFORMATION