```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  KESLIE STEWART (CSBN 184090)
    Assistant United States Attorney
 5
       1301 Clay Street, Suite 340S
 6     Oakland, California 94612
       Telephone: (510) 637-3709
 7     Facsimile: (510) 637-3724

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No.   CR 07-00488 CW |
|---|---|---|
| Plaintiff, | ) | JOINT MEMORANDUM AND STIPULATION RE RESTITUTION OWED BY LEVI ENRIQUEZ |
| v. | ) | |
| LEVI ENRIQUEZ, | ) | |
| Defendant. | ) | |

The parties agree that the defendant, Levi Enriquez, owes restitution of $3772.54 as a result of the conviction against him in the above-captioned matter. The parties agree that a payment schedule of $100 each month is appropriate. The government will provide the Court with the names and addresses of the three institutions to which payments should be directed as well as the amount owed to each institutional victim. The parties further stipulate and jointly

///
///
///
///
///
///

1 | request that the hearing set for June 11, 2008 at 2 p.m. be vacated unless the Court requires
2 | further briefing on this issue.
3 |     SO STIPULATED.

Dated: May 14, 2008

/s/
KESLIE STEWART
Assistant United States Attorney

Dated: May 14, 2008

/s/
LAURA ROBINSON
Attorney for Defendant Enriquez

    IT IS SO ORDERED.

Dated: _____, 2008

CLAUDIA WILKEN
United States District Court

2